

ZACHARY W. CARTER
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

TANYA N. BLOCKER
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-3177
tblocker@law.nyc.gov

April 14, 2017

**VIA ECF**
Honorable Sandra L. Townes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>Re: *Yang v. Department of Education of the City of New York,*
>Docket No. 14 Civ. 07037 (SLT) (RLM)

Dear Judge Townes:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for Defendant the Board of Education of the City School District of the City of New York ("BOE") (also known as and sued herein as the "The Board of Education of the City School District of the City of New York and The Department of Education of the City of New York") in the above-referenced action. Pursuant to Your Honor's Order, dated March 31, 2017, Defendant submits, with the consent of Plaintiff's counsel, this proposed briefing schedule concerning Defendant's request to move for summary judgment to dismiss Plaintiff's Second Amended Complaint, dated March 3, 2015 pursuant to Rule 56 of the Federal Rules of Civil Procedure.

      The proposed briefing schedule is as follows:

- Defendant to serve a dispositive motion for summary judgment by **June 30, 2017**;

- Plaintiff to oppose Defendant's dispositive motion for summary judgment by **August 4, 2017**; and

- Defendant to Reply to Plaintiff's opposition to Defendant's dispositive motion for summary judgment by **August 31, 2017**.

Upon full briefing, in accordance with Your Honor's Individual Rule, Defendant will file all motion papers and furnish the Court with a full set of said filing by August 31, 2017.

For the foregoing reasons, Defendant respectfully submits this proposed briefing schedule for Your Honor's approval.

Respectfully submitted,

/s/ *Tanya N. Blocker*
Tanya N. Blocker
Assistant Corporation Counsel

cc: Stewart Lee Karlin, Esq. (by ECF)
    Attorney for Plaintiff