UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

DR. HUIAI YANG,

                               Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK and THE BOARD
OF EDUCATION OF THE CITY,

                               Defendant.

---------------------------------------------------------------- x

**STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE**

14 Civ. 07037 (SLT) (RLM)

**IS HEREBY STIPULATED AND AGREED**, by and between the parties as represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice.

Dated:      New York, New York
               December ___, 2017

**STEWART LEE KARLIN
LAW GROUP, P.C.**
Attorneys for Plaintiff
111 John Street, 22nd Floor
New York, New York 10038
(212) 792-9670
slk@stewartkarlin.com

By: _____
            Stewart Lee Karlin

**ZACHARY W. CARTER**
Corporation Counsel of the
   City of New York
Attorney for Defendant
100 Church Street, Rm. 2-314
New York, New York 10007-2601
(212) 356-4074
cbranch@law.nyc.gov

By: _____
            Cassandra N. Branch
            Assistant Corporation Counsel